UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER HONESTO,

    Plaintiff,

    v.

GOVERNOR JERRY BROWN, et al.,

    Defendants.

No. 2:15-cv-0076 JAM AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 1, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. ECF No. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 1, 2017, are adopted in full;

    2. Plaintiff's motion for preliminary injunctive relief, ECF No. 8, is denied.

DATED: March 29, 2017

                              /s/ John A. Mendez

                              UNITED STATES DISTRICT COURT JUDGE