UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HONESTO, | No. 2:15-cv-0076 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| GOVERNOR JERRY BROWN, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner currently incarcerated at Chuckawalla State Prison who proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff challenges the conditions of his prior confinement at Avenal State Prison leading to his alleged contraction of Coccidioidomycosis or "Valley Fever." This court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A, dismissed the complaint with leave to amend, and denied plaintiff's motion for preliminary injunctive relief. However, should plaintiff file an amended complaint stating cognizable claims, the witnesses and evidence necessary for resolution of plaintiff's claims will be more readily available within the boundaries of the Fresno Division of this court where Avenal State Prison is located (Kings County).

    The federal venue statute provides in pertinent part that a civil action may be brought in a judicial district in which occurred a substantial part of the events or omissions giving rise to the action. See 28 U.S.C. § 1391(b)(2). In the interest of justice, a federal district court may transfer

a case to the most appropriate division of that court. See 28 U.S.C. § 1406(a). Therefore, in the interest of justice, this court will transfer this action to the Fresno Division of this district court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the Fresno Division of the United States District Court for the Eastern District of California; and

2. All future filings shall reference the newly assigned Fresno case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

SO ORDERED.

DATED: March 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE